# IN THE SUPREME COURT OF ALABAMA



October 17, 2025

SC-2025-0291

Ex parte Michael Bryan Brasher PETITION FOR WRIT OF MANDAMUS (In re: B.A.S.S., LLC v. Michael Bryan Brasher) (Shelby Circuit Court: CV-25-900289).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

STEWART, C.J. -- Shaw, Wise, Bryan, Sellers, Mendheim, Cook, McCool, and Lewis, JJ., concur.

**Witness my hand on October 17, 2025.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**